## CORPORATE ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, THE UNDERSIGNED
"MERS", Mortgage Electronic Registration Systems, Inc., a separate corporation that is acting solely as nominee for "Lender", Countrywide Home Loans, Inc. and its successors and/or assigns

HEREBY GRANTS, ASSIGNS AND TRANSFERS TO:
U.S. Bank National Association for the Benefit of Adjustable Rate Mortgage Trust 2005-8 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-8
c/o BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP
7105 Corporate Drive
Plano, TX 75024

ALL OF ITS RIGHT TITLE AND INTEREST UNDER THAT CERTAIN MORTGAGE TO "MERS", Mortgage Electronic Registration Systems, Inc., a separate corporation that is acting solely as nominee for "Lender", Countrywide Home Loans, Inc. and its successors and/or assigns dated April 27, 2005

EXECUTED BY Robert P. Fardin and Stephanie L. Creegan

RECORDED IN BOOK 18665, PAGE 61 OF OFFICIAL RECORDS IN THE REGISTRY OF DEEDS OF **MIDDLESEX COUNTY (NORTHERN DISTRICT)**, IN THE STATE OF MASSACHUSETTS.

Property Address: 135 Frothingham Street, Lowell, Massachusetts 01852

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE/MORTGAGE. THIS ASSIGNMENT IS MADE WITHOUT RECOURSE, REPRESENTATION OR WARRANTIES.

This Assignment shall be effective as of January 5, 2009.

DATED: 12/16/09

"MERS", Mortgage Electronic Registration Systems, Inc., a separate corporation that is acting solely as nominee for "Lender", Countrywide Home Loans, Inc. and its successors and assigns

BY: _____
Name: Trent Thompson
Title: Vice President

STATE OF TEXAS

Collin, ss.

ON 9/16/09 BEFORE ME, THE UNDERSIGNED NOTARY PUBLIC PERSONALLY APPEARED Trent Thompson PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE WHICH WAS _____) TO BE THE PERSON(S) WHOSE NAME(S) IS/ARE SUBSCRIBED IN THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR AUTHORIZED CAPACITY(IES), AND THAT BY HIS/HER/THEIR SIGATURE(S) ON THE INSTRUMENT THE PERSON(S), OR THE ENTITY UPON BEHALF OF WHICH THE PERSON(S) ACTED, EXECUTED THE INSTRUMENT AND SWORE THAT IT WAS THEIR FREE ACT AND DEED.

WITNESS MY HAND AND OFFICIAL SEAL:

NOTARY SIGNATURE: _Melinda A. Bell_
MY COMMISSION EXPIRES:

MELINDA A. BELL
My Commission Expires
October 29, 2012